· 393 A.2d 653

**Darryl R. FREY, Appellant,**

**v.**

**Charles M. PANZA and Hampton Township, Appellees.**

Supreme Court of Pennsylvania.

Argued Sept. 18, 1978.

Decided Oct. 16, 1978.

Reargument Denied Nov. 8, 1978.

W. Thomas Laffey, Jr., Nernberg & Nernberg, Pittsburgh, for appellant.

John C. Mohan, Robert R. Graff, Pittsburgh, for appellees.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

## OPINION

PER CURIAM:

Order affirmed.